IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EVOLVE INTERACTIVE LLC ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> INTER-CONTINENTAL HOTELS GROUP, INC. ) <br> ) <br> Defendant. ) <br> ) | ) <br> ) Civil Action No. _____ <br> ) <br> ) **JURY TRIAL DEMANDED** |

**PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Evolve Interactive LLC states it does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: February 11, 2021

STAMOULIS & WEINBLATT LLC

*/s/ Richard C. Weinblatt*
Stamatios Stamoulis #4606
Richard C. Weinblatt #5080
800 N. West Street, Third Floor
Wilmington, DE 19801
(302) 999-1540
stamoulis@swdelaw.com
weinblatt@swdelaw.com

*Attorneys for Plaintiff*
*Evolve Interactive LLC*