# EXHIBIT B

This claim chart is meant to be illustrative for purposes of meeting Plaintiff's pleading obligations and should not be construed as binding or limiting.

| U.S. Patent No. 7,068,596 - Claim | Accused Instrumentality |
|---|---|
| 24. In a first network including a local server coupled to a central server, the local server being coupled to a plurality of network devices via a second network, a method of interactively controlling from one of the plurality of network devices a flow of audio visual data from the central server to the network device, the method comprising: | Defendant has installed, used, tested and implemented DIRECTV for Hotels, which allows Defendant to integrate televisions in multiple guest rooms to a single COM3000 head end system which transmits HD video streams to the televisions present in the guest rooms. The COM3000 is connected to broadcast center/satellite channels (e.g., "central server") to receive content to be displayed on the televisions (e.g., "network devices"). Guests can modify the live video content by sending pause, rewind or fast forward request by using the remote of the television.<br><br><br><br>https://www.directvideoentertainment.com/dve-signs-in-room-video-master-services-agreement-ihg/<br><br>http://www.directvideoentertainment.com/directv-for-hotels-motels/ |



3

| | | |
|---|---|---|
| | **The Advanced Entertainment Platform²**<br><br>DIRECTV's next-generation content delivery solution provides DIRECTV linear satellite and free-to-guest On Demand and app-based content for an enhanced entertainment experience for your guests. This solution adds an in-room set-top box, antimicrobial custom remote and cloud services to the HD COM Systems. | https://www.business.att.com/forbusiness/learn/hotels |

4

| | |
|---|---|
| 24. In a first network including a local server coupled to a central server, the local server being coupled to a plurality of network devices via a second network, a method of interactively controlling from one of the plurality of network devices a flow of audio visual data from the central server to the network device, the method comprising: | **4K Ultra HD Resolution**<br>The COM3000 system delivers full 4K resolution in the exact format from the DIRECTV broadcast center. Pro:Idiom content encryption is used in order to secure content deliver over the coax or IP distribution to the TV set. Commercial TV sets or external<br><br>https://www.technicolor.com/sites/default/files/medialib/document/MCSDocLib/Mediatune-Brochure-based-on-COM3000.pdf, Page 1 and 2 of 2<br><br>DIRECTV Hospitality RC70 Series Remote<br><br>Transcript<br>01:27 and these buttons pause, rewind, and fast-forward<br>01:31 both live and prerecorded shows.<br>01:34 Press the Replay button to skip back six seconds<br>01:36 during both live and recorded shows.<br><br>https://www.youtube.com/watch?v=mi1EaefmwRY<br>at 0:15 of 4:18<br><br>https://www.youtube.com/watch?v=KIlBnfPVf3c |

5

| | |
|---|---|
| 24. In a first network including a local server coupled to a central server, the local server being coupled to a plurality of network devices via a second network, a method of interactively controlling from one of the plurality of network devices a flow of audio visual data from the central server to the network device, the method comprising: | COM3000 head end located at the hotel (e.g., "local server") receives channel data from DirecTV broadcast center (e.g., "central server").<br><br><br><br>https://www.technicolor.com/sites/default/files/medialib/document/MCSDocLib/Mediatune-Brochure-based-on-COM3000.pdf, Pages 1 and 2 of 2 |

| | |
|---|---|
| 24. In a first network including a local server coupled to a central server, the local server being coupled to a plurality of network devices via a second network, a method of interactively controlling from one of the plurality of network devices a flow of audio visual data from the central server to the network device, the method comprising: | COM3000 (e.g., "local server") is connected to television systems (e.g., "network devices") present in guest rooms. The advanced entertainment platform adds a set top box and remote (e.g., "network device") to the guest room television system.<br><br><br><br>https://www.technicolor.com/sites/default/files/medialib/document/MCSDocLib/Mediatune-Brochure-based-on-COM3000.pdf, Page 1 and 2 of 2<br><br>https://www.business.att.com/forbusiness/learn/hotels |

7

| | |
|---|---|
| <span style="color:red">receiving a control command at the local server from the network device via the second network</span>, the control command indicating a desired modification to the flow of the audio visual data from the central server to the network device; | A guest uses the buttons on the television's remote to pause, rewind or fast forward (e.g., "control command") the live show. The command is sent to COM3000 system.<br><br>    https://www.business.att.com/forbusiness/learn/hotels<br><br>https://www.youtube.com/watch?v=KIlBnfPVf3c  at 1:29 and 1:35 of 1:58<br><br>   https://www.technicolor.com/sites/default/files/medialib/document/MCSDocLib/Mediatune-Brochure-based-on-COM3000.pdf, Page 1 of 2 |

8


| | |
|---|---|
| receiving a control command at the local server from the network device via the second network, the control command indicating a desired modification to the flow of the audio visual data from the central server to the network device; | The rewind or fast forward request is sent to rewind or fastforward the live tv show. Thus, a guest can request to modify the live video stream coming from the broadcast center by pressing any of the pause, rewind, fast forward or advance button.<br><br><br><br>https://www.technicolor.com/sites/default/files/medialib/document/MCSDocLib/Mediatune-Brochure-based-on-COM3000.pdf, Page 2 of 2<br><br>Transcript<br>01:27 and these buttons pause, rewind, and fast-forward<br>01:31 both live and prerecorded shows.<br>01:34 Press the Replay button to skip back six seconds<br>01:36 during both live and recorded shows.<br><br>https://www.youtube.com/watch?v=KIlBnfPVf3c<br><br><br><br>https://www.youtube.com/watch?v=KIlBnfPVf3c at 1:33 to 1:36 of 1:58 |

9

| | |
|---|---|
| sending the control command from the local server to the central server via the first network | COM3000 forwards the request (pause/rewind/ fast-forward etc.) to the broadcast center.<br><br>https://www.youtube.com/watch?v=KIIBnfPVf3c at 1:29 and 1:35 of 1:58<br><br>https://www.technicolor.com/sites/default/files/medialib/document/MCSDocLib/Mediatune-Brochure-based-on-COM3000.pdf, Page 2 of 2 |

| | |
|---|---|
| receiving a modified audio visual data flow at the local server from the central server via the first network in response to the control command; and | The broadcast center sends modified video stream (rewinded or fast forwarded data) to COM3000.<br><br><br><br>https://www.youtube.com/watch?v=KIlBnfPVf3c at 1:29 of 1:58<br><br>https://www.technicolor.com/sites/default/files/medialib/document/MCSDocLib/Mediatune-Brochure-based-on-COM3000.pdf, Page 2 of 2 |

11

| | |
|---|---|
| transmitting the modified audio visual data flow from the local server to the network device via the second network, thereby enabling the network device to interactively modify the flow of the audio visual data from the central server to the network device. | COM3000 forwards the modified video stream to the television system of the guest room that requested the modification of live TV show.<br><br><br><br>https://www.technicolor.com/sites/default/files/medialib/document/MCSDocLib/Mediatune-Brochure-based-on-COM3000.pdf, Page 2 of 2<br><br><br><br>https://www.youtube.com/watch?v=KIlBnfPVf3c at 1:33 to 1:36 of 1:58 |

12

| | |
|---|---|
| transmitting the modified audio visual data flow from the local server to the network device via the second network, thereby enabling the network device to interactively modify the flow of the audio visual data from the central server to the network device. | Thus, a guest can request to modify the live video stream coming from the broadcast center by pressing any of the pause, rewind, fast forward or advance button.<br><br><br><br>https://www.technicolor.com/sites/default/files/medialib/document/MCSDocLib/Mediatune-Brochure-based-on-COM3000.pdf, Page 2 of 2<br><br>https://www.youtube.com/watch?v=KIlBnfPVf3c<br><br>https://www.youtube.com/watch?v=KIlBnfPVf3c at 1:33 to 1:36 of 1:58 |

13