IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

EVOLVE INTERACTIVE LLC                       )
                                             )
            Plaintiff,                       )
                                             )  Civil Action No. 1:21-cv-195-MN
v.                                           )
                                             )  **JURY TRIAL DEMANDED**
SIX CONTINENTS HOTELS, INC.                  )
                                             )
            Defendant.                       )
_____    )

## UNOPPOSED MOTION TO EXTEND TIME

Plaintiff Evolve Interactive LLC, by and through its undersigned counsel, respectfully moves to extend the deadline for Defendant Six Continents Hotels, Inc. to answer, move or otherwise respond to the complaint in this action until June 9, 2021.  This extension is necessary to allow Defendant sufficient time to review the allegations in the complaint, and Defendant does not oppose this motion.

Dated:  May 6, 2021                    STAMOULIS & WEINBLATT LLC

                                       */s/ Richard C. Weinblatt*
                                       Stamatios Stamoulis #4606
                                       Richard C. Weinblatt #5080
                                       800 N. West Street, Third Floor
                                       Wilmington, DE 19801
                                       (302) 999-1540
                                       stamoulis@swdelaw.com
                                       weinblatt@swdelaw.com

                                       *Attorneys for Plaintiff*
                                       *Evolve Interactive LLC*

**IT IS SO ORDERED** this _____ day of _____, 2021.

                                       _____
                                       United States District Judge