IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| EVOLVE INTERACTIVE LLC | ) |
|---|---|
| Plaintiff, | ) |
| | ) Civil Action No. 1:21-cv-195-MN |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| SIX CONTINENTS HOTELS, INC. | ) |
| Defendant. | ) |

## UNOPPOSED MOTION TO EXTEND TIME

Plaintiff Evolve Interactive LLC, by and through its undersigned counsel, respectfully moves to extend the deadline for Defendant Six Continents Hotels, Inc. to answer, move or otherwise respond to the complaint in this action until July 9, 2021. This extension is necessary to allow Defendant sufficient time to review the allegations in the complaint, and Defendant does not oppose this motion.

Dated: June 3, 2021

STAMOULIS & WEINBLATT LLC

*/s/ Richard C. Weinblatt*
Stamatios Stamoulis #4606
Richard C. Weinblatt #5080
800 N. West Street, Third Floor
Wilmington, DE 19801
(302) 999-1540
stamoulis@swdelaw.com
weinblatt@swdelaw.com

*Attorneys for Plaintiff
Evolve Interactive LLC*

**IT IS SO ORDERED** this _____ day of _____, 2021.

_____
United States District Judge