IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EVOLVE INTERACTIVE LLC | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 1:21-cv-195-MN ) ) **JURY TRIAL DEMANDED** |
| SIX CONTINENTS HOTELS, INC. | ) ) ) |
| Defendant. | ) ) |

## UNOPPOSED MOTION TO EXTEND TIME

Plaintiff Evolve Interactive LLC, by and through its undersigned counsel, respectfully moves to extend the deadline for Defendant Six Continents Hotels, Inc. to answer, move or otherwise respond to the complaint in this action until August 23, 2021. The parties have reached a settlement agreement in principle. A modest extension of 45 days will allow the parties sufficient time to memorialize their agreement and complete payment thereunder. Defendant does not oppose this motion.

Dated: July 7, 2021

STAMOULIS & WEINBLATT LLC

*/s/ Richard C. Weinblatt*
Stamatios Stamoulis #4606
Richard C. Weinblatt #5080
800 N. West Street, Third Floor
Wilmington, DE 19801
(302) 999-1540
stamoulis@swdelaw.com
weinblatt@swdelaw.com

*Attorneys for Plaintiff
Evolve Interactive LLC*

**IT IS SO ORDERED** this ____ day of _____, 2021.

_____
United States District Judge